UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| *AMERICAN FAMILY MUTUAL INSURANCE COMPANY S.I.*, | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 4:25-cv-01479 |
| *MINDY REAVES, et al.* | ) | |
| Defendant. | ) | |

**AMERICAN FAMILY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff American Family Mutual Insurance Company, S.I. ("American Family"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(2), and for its Memorandum of Law in Support of its Motion for Order of Dismissal Without Prejudice, states as follow:

This lawsuit arises from an insurance coverage dispute in connection with the underlying lawsuit captioned *Reaves v. P. Harvey's Mold Lady and Construction Services, LLC*, Cause No. 19SL-CC03526 ("Underlying Lawsuit"). American Family filed the instant action requesting this Court make a determination as to whether American Family owes the defendant in the Underlying Lawsuit a duty to defend or indemnify. The Underlying Lawsuit was filed by Defendant Mindy Reaves ("Reaves") against Defendant P. Harvey's Mold Lady and Construction Services, LLC ("P. Harvey Mold"), American

Family's insured. The instant action seeks a determination on coverage *specifically as to the allegations in the Underlying Lawsuit.*

Since the filing of this action, the Underlying Lawsuit has been resolved. On November 14, 2025, the Underlying Lawsuit was dismissed without prejudice on P. Harvey Mold's motion. *See* Exhibit A. At the point of the November 14 dismissal, P. Harvey Mold had pending a motion asking the trial court to either compel Reaves' discovery responses or, in the alternative, to enter sanctions on that basis. On December 3, 2025, the trial court entered its judgment granting P. Harvey Mold's request for sanctions in the form of striking Reaves' pleadings and monetary sanctions. *See* Exhibit B. The trial court found sanctions were warranted because Plaintiff failed to engage in any discovery, including by failing to respond to interrogatories.

Because the Underlying Lawsuit upon which the instant litigation is based has been dismissed, there is no longer a ripe, justiciable controversy in the instant action. *See, e.g., Marine Equipment Management Co. v. U.S.*, 4 F.3d 643, 645 (8th Cir. 1993) (affirming dismissal of complaint without prejudice based on "ruling that no justiciable dispute exists between these parties that is sufficient to satisfy the Article III 'case or controversy' requirement"); *see also Hartford Acc. And Indem. Co. v. Doe Run Resources Corp.*, 663 F.Supp.3d 771, 774 (E.D. Mo. 2009) (discussing the Declaratory Judgment Act, 28 U.S.C. § 2201, which only permits a court to grant declaratory relief in "a case of actual controversy").

At this juncture, this case is in the very early stages. Defendants have yet to file responsive pleadings, and the parties have not initiated or engaged in any discovery.

Accordingly, no party would be prejudiced by this Court's order of dismissal of this action. *See SnugglyCat, Inc. v. Opfer Communications, Inc.*, 953 F.3d 522, 528-29 (8th Cir. 2020) (affirming trial court's dismissal without prejudice where the case was still in the early stages of discovery and the motion was made in good faith).

For the foregoing reasons, American Family now seeks to voluntarily dismiss this action, *without prejudice*. American Family further requests that the parties each bear their own costs and attorneys' fees.

WHEREFORE, Plaintiff American Family Mutual Insurance Company, S.I. prays this Court to enter its order dismissing the instant action against all defendants *without prejudice*, and for any further orders and relief this Court deems just and proper.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Philip C. Graham*

Philip C. Graham, #40345MO
Adrianna J. Northrop, #76840MO
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
pgraham@sandbergphoenix.com
anorthrop@sandbergphoenix.com

*Attorneys for Plaintiff American Family Mutual Insurance Company, S.I.*

**Certificate of Service**

I hereby certify that on the 16th day of December 2025 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Philip C. Graham*